IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CEDRIC JEROME MCCULLUM**                                    **PLAINTIFF**

**VERSUS**                                 **CIVIL ACTION NO. 1:11-cv-69-HSO-JMR**

**MIKE BYRD**                                                     **DEFENDANT**

## FINAL JUDGMENT

This matter came on to be heard on the Report and Recommendations [19] of Chief United States Magistrate Judge John M. Roper, entered in this cause on February 23, 2012. The Court, after a full review and consideration of the Report and Recommendations [19], as well as the pleadings on file and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this cause is hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED**, this the 1st day of May, 2012.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE